IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EMMA CASTILLO ROCHA, ANDREY RODRIGUEZ, LORI DIAZ, LAWRENCE DIAZ, and SAM CASTANEDA, individually and as heirs to the estate of Lorenzo Diaz Castillo,<br>　　　*Plaintiffs,*<br><br>v.<br><br>HK CAPITAL MANAGEMENT, LP d/b/a ASHFORD COMMUNITIES,<br>　　　*Defendant.* | § § § § § § § § § § § § § § § | 1:22-CV-00822-ADA |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

　　Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 20. The report recommends that this Court grant-in-part and deny-in-part Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 15). Specifically, the report recommends that this Court grant Defendant's motion and dismiss Plaintiffs' discrimination claim under 42 U.S.C. § 1981 without prejudice, grant Plaintiffs' request to amend their complaint to replead their discrimination claim, and deny Defendant's motion to dismiss Plaintiffs' negligence and wrongful death claims. ECF No. 20 at 6. The report and recommendation was filed on July 6, 2023.

　　A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

   **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 20) is **ADOPTED**.

   **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss is **GRANTED-IN-PART** and **DENIED-IN-PART** in accordance with the Report and Recommendation.

   **IT IS FURTHER ORDERED** that Defendant's motion to dismiss Plaintiffs' discrimination claim under 42 U.S.C. § 1981 is **GRANTED** and Plaintiffs' discrimination claim is **DISMISSED** without prejudice.

   **IT IS FURTHER ORDERED** that Plaintiffs' request to amend their complaint to replead their discrimination claim is **GRANTED**. The Court **ORDERS** Plaintiffs to amend their complaint to replead their discrimination claim within thirty (30) days of this Order.

   **IT IS FINALLY ORDERED** that Defendant's motion to dismiss Plaintiffs' negligence and wrongful death claims is **DENIED**.

**SIGNED** this 2nd day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE